IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SIMOSABO DUBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| UT SOUTHWESTERN MEDICAL CENTER, | ) | 3:25-CV-1474-G-BW |
| | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case.  No objections were filed.  The court reviewed the proposed Findings, Conclusions, and Recommendation for plain error.  Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  Accordingly, the defendant's motion to dismiss (docket entry 8) is **GRANTED**.  The plaintiff may, within 21 days from the date of this order, file an amended complaint.  If the plaintiff fails to do so, the court will enter judgment dismissing the plaintiff's claims with prejudice.

**SO ORDERED**.

March 18, 2026.

A. JOE FISH
**Senior United States District Judge**